|   |   |
|---|---|
| 1 | Andrew G. Gunem, No. 354042 |
| 2 | agunem@straussborrelli.com<br>**STRAUSS BORRELLI PLLC** |
| 3 | 980 N. Michigan Avenue, Suite 1610<br>Chicago, Illinois 60611 |
| 4 | Telephone: (872) 263-1100 |
| 5 | Facsimile: (872) 263-1109 |
| 6 | *Attorney for Plaintiffs and Proposed Class*<br>[Additional Counsel on Signature Page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL JIMENEZ JR**, **MARK HENDREN**, and **ERICA JARAMILLO**, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**OE FEDERAL CREDIT UNION**,<br><br>　　　　　　　Defendant. | Case No. 4:24-cv-02746-JST<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**<br><br>Judge Jon S. Tigar<br><br>Courtroom 6 - 2nd Floor |

Plaintiffs Daniel Jimenez Jr., Mark Hendren, and Erica Jaramillo ("Plaintiffs") and Defendant OE Federal Credit Union ("Defendant") hereby notify the Court that they have reached agreement on the material terms of a class settlement in this matter. To allow the Parties sufficient time to finalize the settlement agreement and prepare the notices to the class and the motion for preliminary approval, the Parties respectfully request that the Court stay all case deadlines for 45 days. Pursuant to this proposal, within 45 days, Plaintiffs will either move for preliminary approval or the Parties will submit a joint status report on settlement.

WHEREFORE, the Parties respectfully request that the Court stay all deadlines for 45 days, at which time Plaintiffs will either move for preliminary approval of the class settlement or

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY – 1
(Case No. 4:24-cv-02746-JST)

the Parties will file a joint status report as to the status of their efforts and anticipated filing date for the motion for preliminary approval

Dated: August 20, 2025

/s/ Andrew G. Gunem
Andrew G. Gunem (SBN 354042)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
agunem@straussborrelli.com

Scott Edelsberg (SBN 330090)
EDELSBERG LAW, P.A.
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
T: 305-975-3320
scott@edelsberglaw.com

Leanna Loginov*
SHAMIS AND GENTILE, P.A.
14 NE 1st Ave., Suite 705
Miami, Florida 33132
T: (305) 479-2299
lloginov@shamisgentile.com

John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212
T: (858) 209-6941
jnelson@milberg.com


*Admitted Pro Hac Vice
Attorneys for Plaintiffs and the Proposed Class

Dated: August 20, 2025

/s/ Adam C. Smith
Adam C. Smith*
MCDONALD HOPKINS LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
Tel: (216) 348-5407
acsmith@mcdonaldhopkins.com

Matthew L. Eanet (SBN 227490)
EANET, PC
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
T: (310) 775-2495
matt@eanetpc.com

*Admitted Pro Hac Vice
Attorneys for Defendant

**ATTESTATION OF FILER**

Pursuant to Local Rules 5-1(i)(3), 6-2, and 7-12, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED this 20th day of August, 2025.

By: */s/ Andrew G. Gunem*
Andrew G. Gunem