Andrew G. Gunem, No. 354042
agunem@straussborrelli.com
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorney for Plaintiffs and Proposed Class*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL JIMENEZ JR**, **MARK HENDREN**, and **ERICA JARAMILLO**, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>**OE FEDERAL CREDIT UNION**,<br><br>                Defendant. | Case No. 4:24-cv-02746-JST<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Judge Jon S. Tigar<br><br>Courtroom 6 - 2nd Floor |

   Plaintiffs Daniel Jimenez Jr., Mark Hendren, and Erica Jaramillo ("Plaintiffs") and Defendant OE Federal Credit Union ("Defendant") hereby provide a joint status report regarding settlement consistent with their previously-filed joint notice of settlement, Doc. 51.

   The Parties are continuing to work to negotiate the terms of the full class settlement agreement, to retain a class notice administration, and to finalize a motion for preliminary approval.

   Plaintiffs will either move for preliminary approval of the class settlement or the Parties will file another joint status report as to the status of their efforts by October 30, 2025.

| | |
|---|---|
| Dated: October 8, 2025 | Dated: October 8, 2025 |
| /s/ *Andrew G. Gunem* | /s/ *Adam C. Smith* |
| Andrew G. Gunem (SBN 354042) | Adam C. Smith* |
| STRAUSS BORRELLI PLLC | MCDONALD HOPKINS LLC |
| 980 N. Michigan Ave., Suite 1610 | 600 Superior Avenue, Suite 2100 |
| Chicago, IL 60611 | Cleveland, OH 44114 |
| T: (872) 263-1100 | T: (216) 348-5407 |
| F: (872) 263-1109 | acsmith@mcdonaldhopkins.com |
| agunem@straussborrelli.com | |
| | Matthew L. Eanet (SBN 227490) |
| Scott Edelsberg (SBN 330090) | EANET, PC |
| EDELSBERG LAW, P.A. | 550 S. Hope Street, Suite 750 |
| 1925 Century Park East, Suite 1700 | Los Angeles, CA 90071 |
| Los Angeles, CA 90067 | T: (310) 775-2495 |
| T: 305-975-3320 | matt@eanetpc.com |
| scott@edelsberglaw.com | |
| | *Admitted Pro Hac Vice* |
| Leanna Loginov* | *Attorneys for Defendant* |
| SHAMIS AND GENTILE, P.A. | |
| 14 NE 1st Ave., Suite 705 | |
| Miami, Florida 33132 | |
| T: (305) 479-2299 | |
| lloginov@shamisgentile.com | |
| | |
| John J. Nelson (SBN 317598) | |
| MILBERG COLEMAN BRYSON | |
| PHILLIPS GROSSMAN, PLLC | |
| 280 S. Beverly Drive | |
| Beverly Hills, CA 90212 | |
| T: (858) 209-6941 | |
| jnelson@milberg.com | |
| | |
| *Admitted Pro Hac Vice* | |
| *Attorneys for Plaintiffs and the Proposed Class* | |

JOINT STATUS REPORT REGARDING SETTLEMENT– 2
(Case No. 4:24-cv-02746-JST)

**ATTESTATION OF FILER**

Pursuant to Local Rules 5-1(i)(3), 6-2, and 7-12, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED this 8th day of October, 2025.

By: */s/ Andrew G. Gunem*
      Andrew G. Gunem

# CERTIFICATE OF SERVICE

I, Andrew Gunem, hereby certify that on October 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 8th day of October, 2025.

                               STRAUSS BORRELLI PLLC

                               By: */s/ Andrew Gunem*
                                             Andrew Gunem
                                             STRAUSS BORRELLI PLLC
                                             One Magnificent Mile
                                             980 N. Michigan Ave., Suite 1610
                                             Chicago, IL 60611
                                             Telephone: (872) 263-1100
                                             Facsimile: (872) 263-1109
                                             agunem@straussborrelli.com