Adam C. Smith
MCDONALD HOPKINS LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
Tel: (216) 348-5407
acsmith@mcdonaldhopkins.com

*Attorney for Defendant*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL JIMENEZ JR**, **MARK HENDREN**, and **ERICA JARAMILLO**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**OE FEDERAL CREDIT UNION**,<br><br>Defendant. | Case No. 4:24-cv-02746-JST<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Judge Jon S. Tigar<br><br>Courtroom 6 - 2nd Floor |

Plaintiffs Daniel Jimenez Jr., Mark Hendren, and Erica Jaramillo ("Plaintiffs") and Defendant OE Federal Credit Union ("Defendant") hereby provide a joint status report regarding settlement consistent with their previously-filed joint notice of settlement, Doc. 51.

The Parties are finalizing the full class settlement agreement, class notice administration documentation, and motion for preliminary approval.

Plaintiffs will either move for preliminary approval of the class settlement or the Parties will file another joint status report as to the status of their efforts by November 21, 2025.

Dated: November 14, 2025

/s/ *Andrew G. Gunem*
Andrew G. Gunem (SBN 354042)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
agunem@straussborrelli.com

Scott Edelsberg (SBN 330090)
EDELSBERG LAW, P.A.
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
T: 305-975-3320
scott@edelsberglaw.com

Leanna Loginov*
SHAMIS AND GENTILE, P.A.
14 NE 1st Ave., Suite 705
Miami, Florida 33132
T: (305) 479-2299
lloginov@shamisgentile.com

John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212
T: (858) 209-6941
jnelson@milberg.com

*\*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs and the Proposed Class*

Dated: November 14, 2025

/s/ *Adam C. Smith*
Adam C. Smith
MCDONALD HOPKINS LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
Tel: (216) 348-5407
acsmith@mcdonaldhopkins.com

Matthew L. Eanet (SBN 227490)
EANET, PC
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
T: (310) 775-2495
matt@eanetpc.com

*\*Admitted Pro Hac Vice*
*Attorneys for Defendant*

JOINT STATUS REPORT REGARDING SETTLEMENT– 2
(Case No. 4:24-cv-02746-JST)

37135894.1

### ATTESTATION OF FILER

Pursuant to Local Rules 5-1(i)(3), 6-2, and 7-12, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED this 14th day of November, 2025.

By: */s/ Adam C. Smith*
      Adam C. Smith