Andrew G. Gunem, No. 354042
agunem@straussborrelli.com
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorney for Plaintiffs and Proposed Class*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL JIMENEZ JR**, **MARK HENDREN**, and **ERICA JARAMILLO**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **OE FEDERAL CREDIT UNION**, <br><br> Defendant. | Case No. 4:24-cv-02746-JST <br><br> **AMENDED NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Judge Jon S. Tigar <br> Courtroom 6 - 2nd Floor <br><br> Hearing Date:  February 26, 2026 <br> Hearing Time:  2:00 p.m. |

PLEASE TAKE NOTICE that on February 26, 2026, at 2:00 p.m., we shall appear before the Honorable Jon S. Tigar in Courtroom 6, 2nd Floor, of the Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, California and then and there present **Plaintiff's Unopposed Motion for Final Preliminary Approval of Class Action Settlement**, a true and correct copy of which was previously filed with the Court.

---

AMENDED NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT – 1 (Case No. 4:24-cv-02746-JST)

| | |
|---|---|
| Dated: November 26, 2025 | By: */s/ Andrew G. Gunem* <br> Andrew G. Gunem <br> **STRAUSS BORRELLI PLLC** <br> One Magnificent Mile <br> 980 N Michigan Avenue, Suite 1610 <br> Chicago IL, 60611 <br> Telephone: (872) 263-1100 <br> Facsimile: (872) 263-1109 <br> agunem@straussborrelli.com <br><br> John J. Nelson (SBN 317598) <br> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** <br> 280 S. Beverly Drive <br> Beverly Hills, CA 90212 <br> T: (858) 209-6941 <br> jnelson@milberg.com <br><br> Leanna A. Loginov <br> **SHAMIS & GENTILE P.A.** <br> 14 NE 1st Avenue, Suite 705 <br> Miami, Florida 33132 <br> lloginov@shamisgentile.com <br><br> *Attorneys for Plaintiffs and the Proposed Class* |

AMENDED NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT – 2 (Case No. 4:24-cv-02746-JST)

**CERTIFICATE OF SERVICE**

I, Andrew Gunem, hereby certify that on November 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 26th day of November, 2025.

          STRAUSS BORRELLI PLLC

          By: */s/ Andrew G. Gunem*
               Andrew G. Gunem
               STRAUSS BORRELLI PLLC
               One Magnificent Mile
               980 N Michigan Avenue, Suite 1610
               Chicago IL, 60611
               Telephone: (872) 263-1100
               Facsimile: (872) 263-1109
               agunem@straussborrelli.com